## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTINE TURNER,**
**Special Administrator of**
**the Estate of Linda Warner,**
**Deceased**                                                    **PLAINTIFF**

**v.**                       **No. 4:18-cv-468-DPM**

**FAULKNER COUNTY, ARKANSAS;**
**CHRIS RIEDMUELLER;  TIM RYALS;**
**BOBBIE SPIVEY;  ANITA WRIGHT;**
**MICHELLE MAHER;  TERESA COLEMAN;**
**MARIA HILL;  ERIC WHITCOMB;**
**ANNA POPE;  CHRISTOPHER**
**LISEMBEY-HALL;  THAD KILPATRICK;**
**TYRONEISHA COLLINS;  CALENE SCOTT;**
**TANEISHA JERNIGAN;  LEANNE**
**DIXON;  GARRY STEWART, M.D.;**
**KAREN D. GRANT, L.P.N.;  DOES 1-10;**
**and KAREN MUNAYN, In Her Capacity as**
**Special Administrator of the Estate of**
**Monte Munyan, Deceased**                              **DEFENDANTS**

### ORDER

Notice, *Doc. 47*, appreciated.  Congratulations.  Faulkner County, Riedmueller, Ryals, Spivey, Wright, Maher, Coleman, Hill, Whitcomb, Pope, Lisembey-Hall, Kilpatrick, Collins, Scott, Jernigan, Dixon, Grant, Does 1-10, and the Munyan Estate are dismissed.  Turner's medical malpractice claim against Dr. Stewart will go forward.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 January 2021