IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTINE TURNER,
Special Administrator of
the Estate of Linda Warner,
Deceased                                                        PLAINTIFF

v.                       No. 4:18-cv-468-DPM

GARRY STEWART, M.D.                                   DEFENDANT

ORDER

For the reasons stated from the bench at the end of the 8 April 2021 hearing, the Court directed Dr. Stewart to move for summary judgment on the post-settlement scope of Turner's medical malpractice claim against the doctor. The Court's eventual ruling will also determine the reserved evidentiary issues, *Doc. 76*.

- Dr. Stewart's motion and brief due by 30 April 2021;
- Turner's response and brief due by 28 May 2021; and
- Dr. Stewart's reply due by 11 June 2021.

The 7 June 2021 trial is canceled and the Amended Final Scheduling Order, *Doc. 32*, is suspended. A Second Amended Final Scheduling Order will issue.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 April 2021